IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No. 93-cr-00352-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GLEN ALLEN CHRISTMAS,

        Defendant.
_____

ORDER DENYING RECONSIDERATION
_____

On June 1, 2009, Glen Allan Christmas filed a pleading designated RECONSIDERATION Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. & 3582(C)(2) (2007) AMENDMENT 706 CRACK-COCAINE which was Amended by AMENDMENT 711.  On April 18, 2008, this Court entered an order denying defendant's motion for modification of sentence, filed March 3, 2008, which asked for modification based on the amendment to the Sentencing Guidelines making retroactive a change in the Guidelines with respect to crack cocaine.  Because the defendant was sentenced as a career offender, pursuant to U.S.S.G. § 4B1.1(b)(B), the guideline amendment is not applicable.  In the present pleading, the defendant is seeking relief, asserting that the sentencing factors under 18 U.S.C. § 3553(a) would support a lesser sentence.  Mr. Christmas was sentenced in accordance with the law as it existed and this Court has no jurisdiction to change that sentence for any of the reasons asserted in the present pleading.  Accordingly, it is

ORDERED that the motion designated RECONSIDERATION Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. & 3582(C)(2) (2007) AMENDMENT 706 CRACK-COCAINE which was Amended by AMENDMENT 711 is denied.

DATED: June 8th, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge